UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE GILLETTE COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SAYER DENT INC., a California corporation; YI TONG, an individual; RED FANO INC., a Nevada corporation; FENG CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. C25-2366-LK<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Gillette Company LLC (collectively, "Plaintiffs") for leave to file an over-length *ex parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). Dkt. 12. The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,400 words.

SO ORDERED this 8th day of May, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(C25-2366-LK)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*


*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(C25-2366-LK)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax